In the Matter of JAMES F. KIERNAN, Respondent, against RAYMOND V. INGERSOLL, as President of the Borough of Brooklyn, Appellant.

(Argued October 4, 1934; decided October 23, 1934.)

*Paul Windels,* Corporation Counsel (*Paxton Blair, Edmund L. Palmieri* and *Thomas W. A. Crowe* of counsel), for appellant.

*Samuel M. Ostroff* and *Charles L. Raskin* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.